1        The Hon. Marsha Pechman

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT
9        FOR THE WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

10   UNITED STATES OF AMERICA,              )
                                            )   CAUSE NO. CR 05-0182 P
11                  Plaintiff,              )
                                            )   ORDER CONTINUING MOTIONS
12         v.                               )   DEADLINE AND TRIAL DATE
                                            )
13   TONY L. TABUBA et al.                  )
                                            )
14                                          )
                    Defendants.             )
15   _____

16        The Court, having reviewed the records and files herein and considered the stipulation

17   of the Government and the defendant Keith Sims, makes the following findings and enters the

18   following order:

19        1.       Additional time is necessary for the Government and defendants to complete

20   plea negotiations or prepare for trial.

21        2.       The ends of justice outweigh the best interest of the public and the defendants

22   in a speedy trial..

23        IT IS HEREBY ORDERED that the trial date for defendants Tony Tabuba, Keith

24   Sims, Yvette Bailey, Dolly Cooper and Mark Carillo is continued from July 18, 2005 to

25   September 6, 2005, with a motions deadline of July 28, 2005;

26        IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section

27   3161(h), the period of time from the current trial date to the new trial date, for all defendants,

28   is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period

ORDER CONTINUING MOTIONS DEADLINE                    COHEN & IARIA
AND TRIAL DATE - Page 1                        National Bldg., Ste. 302
                                               1008  Western Avenue
                                               Seattle, Washington 98104
                                                  206-624-9694

1    of delay;

2          IT IS FURTHER ORDERED THAT counsel for all Defendants file a speedy trial

3    waiver through September 9, 2005.

4          DONE this __28th____ day of June 2005.

5

6                                        Marsha J. Pechman

7                                        U.S. District Judge

8

9    Presented by:

10

11   /s/Neil M. Fox_____

12   NEIL M. FOX
     WSBA NO. 15277

13   Attorney for Keith L. Sims

14
     Cohen & Iaria
15   1008 Western Ave. Suite 302
     Seattle WA 98101
16   Telephone: 206-624-9694
17   Fax:       206-624-9691
     e-mail:    nmf@cohen-iaria.com
18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING MOTIONS DEADLINE
AND TRIAL DATE - Page 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2005, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such

filing to attorney of record for the Plaintiff and all other parties.


      /s/Neil M. Fox
      NEIL M. FOX
      WSBA NO. 15277
      Attorney for Defendant
      Cohen & Iaria
      1008 Western Ave. Suite 302
      Seattle WA 98104
      Telephone: 206-624-9694
      Fax:       206-624-9691
      e-mail:    nmf@cohen-iaria.com

ORDER CONTINUING MOTIONS DEADLINE
AND TRIAL DATE - Page 3

COHEN & IARIA
National Bldg., Ste. 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694